ANGEL ARAVENA
and GLADYS DE NEGRI,

    Claimant(s),

v.

ST. JOHNS INSURANCE COMPANY,

    Carrier(s).

_____/

Claim No.: ST09002795
D/L: 4/1/09

## MEDIATION SETTLEMENT AGREEMENT

(Agreement in Principle Contingent upon the approval of Suncoast Schools FCU and Gladys De Negri)

The parties, in settlement of this claim, agree that:

Carrier(s) will pay the total sum of **$350,000** to settle this claim.

Claimant(s) will release all contractual, extra-contractual and bad faith claims against and hold harmless and indemnify Carrier(s) from all attorney's fees and costs, public adjuster fees and costs and liens on the subject property in a separate document mutually agreeable to counsel.

That release will include a surrender of the applicable policy of insurance.

The total settlement will be paid in three (3) checks. One check for $295,500.00 will be made payable to: Angel Aravena, Gladys De Negri, Suncoast Schools FCU and MacKinnon Law Group P.A. A second check for $52,000.00 will be made payable to: Angel Aravena, Gladys De Negri, Suncoast Schools FCU and MacKinnon Law Group P.A. A third check for $2,500.00 will be made payable to MacKinnon Law Group P.A.

Mediation expenses shall be borne equally by the parties.

Dated this 25th day of October, 2012.

_____    _____
Claimant                                                    Mediator

_____    _____
Claimant                                                    Carrier

_____    _____
Claimants' Counsel                                Carrier's Counsel

121025.9.PRE.SINKHOLE.DOC