# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

| | |
|---|---|
| In re: | Chapter 7 |
| ARAVENA, ANGEL M. | Case No. 8:16-bk-00392-CPM |
| Debtor(s). | |

**TRUSTEE'S JOINDER IN DEBTOR'S OBJECTION
TO SUNCOAST CREDIT UNION'S MOTION FOR
RELIEF FROM STAY REGARDING REAL PROPERTY**

COMES NOW, the Trustee, Douglas N. Menchise, by and through his undersigned attorney, and respectfully joins in the Debtor's Objection to Suncoast Credit Union's Motion for Relief from Stay Regarding Real Property (Doc. No. 8) and, in support, states:

1. That the Motion for Relief from Stay Filed by Suncoast Credit Union Regarding Real Property (Doc. No. 7) (the "Motion for Relief from Stay") was filed on February 2, 2016.

2. That the Debtor's Objection to Suncoast Credit Union's Motion for Relief from Stay Regarding Real Property (Doc. No. 8) (the "Debtor's Objection") was filed on February 5, 2016.

3. That, for the reasons laid out therein, the Trustee joins in the Debtor's Objection and requests that the Court deny the Motion for Relief from Stay.

WHEREFORE, the Trustee moves this Honorable Court deny the Motion for Relief from Stay Filed by Suncoast Credit Union Regarding Real Property (Doc. No. 7).

I HEREBY CERTIFY that true and correct copies of the foregoing were delivered

via CM/ECF to the Office of the United States Trustee; Suncoast Credit Union's Attorney, Larry M. Foyle, Esquire Debtor's Attorney, Joseph R. Fritz, Esquire; and all parties on the Court's CM/ECF Users List; and by UNITED STATES MAIL to, Debtor, Angel M. Aravena, 9457 Forest Hills Place, Tampa, FL 33612, on <u>March 1, 2016</u>.

    /s/    Douglas N. Menchise
DOUGLAS N. MENCHISE, ESQUIRE
Florida Bar No. 214965
300 Turner Street
Clearwater, Florida 33756
(727) 442-2186 / phone
(727) 461-2096 / fax
Dmenchise@verizon.net