ORDERED.

Dated: May 06, 2016

*Catherine McEwen*
Catherine Peek McEwen
United States Bankruptcy Judge

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION
www.flmb.uscourts.gov

| | |
|---|---|
| In re: | Chapter 7 |
| ARAVENA, ANGEL M. | Case No. 8:16-bk-00392-CPM |
| Debtor(s). | |

**ORDER GRANTING SUNCOAST CREDIT UNION'S MOTION FOR
RELIEF FROM STAY REGARDING REAL PROPERTY AND OVERRULING
DEBTOR'S OBJECTION AND TRUSTEE'S JOINDER IN OBJECTION**

THIS CASE came on before the Court on April 19, 2016 upon (1) Suncoast Credit Union's Motion for Relief from Stay Regarding Real Property (Doc. No. 7), as well as the Debtor's Objection to Suncoast Credit Union's Motion for Relief from Stay Regarding Real Property (Doc. No. 8) and the Trustee's Joinder in Objection to Suncoast Credit Union's Motion for Relief from Stay Regarding Real Property (Doc. No. 16). For the reasons stated orally in open court and recorded on the record which shall constitute the decision of the Court it is, accordingly

ORDERED:

1. That Suncoast Credit Union's Motion for Relief from Stay Regarding Real Property (Doc. No. 7) is hereby granted for the limited purpose of allowing Suncoast Credit Union to make a joint demand, together with the Bankruptcy Trustee, against St. John's Insurance Company for

payment of claim for damages under the Debtors' homeowners' insurance policy for the real property located at 793 Duque Road, Lutz, FL 33549.

2. That the Debtor's Objection to Suncoast Credit Union's Motion for Relief from Stay Regarding Real Property (Doc. No. 8) and the Trustee's Joinder in Objection to Suncoast Credit Union's Motion for Relief from Stay Regarding Real Property (Doc. No. 16) are hereby overruled.

3. That all proceeds received for payment of claim for damages under the Debtors' homeowners' insurance policy for the real property located at 793 Duque Road, Lutz, FL 33549 shall be turned over to the Trustee and held pending further Order of the Court.

\*\*Trustee, Douglas N. Menchise, is directed to serve a copy of this order on interested parties and file a proof of service within three (3) days of entry of the order.